CARTLEDGE and another *v.* West, 2 Denio, 377–379.

In S. Ct. 5 Hill, 488.

### *Landlord and Tenant ; Assignee of Lease.*

IN this case, the Supreme Court held that the landlord may recover under a count, upon an *insimul computassent,* though the evidence be of an accounting for rent *secured by deed.*

The Court of Errors, without passing expressly on this point, held that where the defendant was the *assignee* of the lessee under an assignment in trust for creditors, and the promise upon the accounting was " *to pay when he should receive funds from the assigned property,"* and there was no proof that he had received such funds, the plaintiff could not recover.

The judgment was accordingly unanimously *reversed.*